UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Strode, Michael Robert | Docket No. | 0980 1:24CR02044-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Michael Robert Strode, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 1st day of July 2024, under the following conditions:

<u>Standard Condition #8</u>: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 2, 2024, the conditions of pretrial release supervision were reviewed and signed by Mr. Strode, acknowledging an understanding of his conditions.

<u>Violation #1</u>: Mr. Strode is in violation of his pretrial supervision by consuming cocaine between July 5 and 8, 2024.

On July 2, 2024, a random drug test was collected from Mr. Strode at the probation office. The sample tested presumptive positive for methamphetamine and was sent to Alere Laboratory for testing. On July 5, 2024, the probation office received notice from Alere the sample was rejected at the laboratory for testing due to the tamper proof seal broken or not intact.

On July 5, 2024, Deputy Chief United States Probation Officer (DCUSPO) Vargas made telephone contact with Mr. Strode and informed him of the above issue related to the drug test collected from him. DCUSPO Vargas instructed Mr. Strode to report to the probation office on July 5, 2024, before 5 p.m., for the purpose of providing a urine sample. Mr. Strode stated he was in the Richland, Washington, area and did not know if he would be able to make it to the office by 5 p.m. DCUSPO Vargas notified Mr. Strode he was located at the Richland probation office that day and he could report there. DCUSPO Vargas provided Mr. Strode the addresses to the Richland federal courthouse.

At approximately 3:15 p.m. on July 5, 2024, Mr. Strode called DCUSPO Vargas and reported he was near Sunnyside, Washington, with his mother and requested to report to the Yakima probation for the drug test. Mr. Strode reported as directed. A random urine sample was collected from Mr. Strode, which tested presumptive positive for cocaine. Mr. Strode denied consuming cocaine. The sample was sealed in front of him and sent to Alere Laboratory for confirmation. Mr. Strode was directed to report back to the probation office on Monday, July 8, 2024, in the morning. Results from the above-noted urine sample were received on July 15, 2024, confirming a positive reading for cocaine.

On July 8, 2024, Mr. Strode failed to report to the probation office as directed. United States Probation Officer (USPO) Mowatt attempted to make telephone contact with Mr. Strode, without success. Per USPO Mowatt, a voice message was left directing Mr. Strode to report to the probation office by 4 p.m.; Mr. Strode failed to report.

On July 9, 2024, the below said officer made telephone contact with Mr. Strode and directed him to report to the probation office by 10 a.m. Mr. Strode reported as directed and admitted to consuming controlled substance cocaine on or between July 5 and 8, 2024. The below said officer had Mr. Strode sign a drug use admission form.

PS-8
**Re: Strode, Michael Robert**
**July 16, 2024**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: July 16, 2024 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

July 16, 2024
Date