# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 18, 2024**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Strode, Michael Robert | Docket No. | 0980 1:24CR02044-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Michael Robert Strode, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 1st day of July 2024, under the following conditions:

<u>Standard Condition #6</u>: Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 2, 2024, the conditions of pretrial release supervision were reviewed and signed by Mr. Strode, acknowledging an understanding of his conditions.

<u>Violation #2</u>: Mr. Strode is in violation of his pretrial supervision by failing to make contact or report to the probation office as directed since July 16, 2024.

On July 11, 2024, this officer received a call from Merit Resource Services (Merit) advising Mr. Strode attended his substance use disorder assessment, however, was not forthcoming regarding his drug addiction and stated he did not need substance abuse treatment.

Based on the above information, this officer made telephone contact with Mr. Strode on July 15, 2024, to discuss why he was not forthcoming with the treatment provider at Merit so he could be accurately assessed. According to Mr. Strode, he had a follow up appointment at Merit on July 18, 2024, and he would be honest with the counselor.

On July 16, 2024, this officer attempted to make telephone contact with Mr. Strode between 8 a.m and 5 p.m, leaving numerous voice messages and sending text messages asking Mr. Strode to report to the probation office on July 17, 2024, for a random drug test. Mr. Strode failed to respond. This officer made telephone contact with Mr. Strode's roommate who confirmed Mr. Strode was still residing in the home and he would pass the message on to him to report to the probation office by 9 a.m. on July 17, 2024.

On July 17, 2024, Mr. Strode failed to report to the probation officer, and did not return this officer's attempts at contact. This officer again attempted to contact Mr. Strode on his listed cellular telephone and sent several text messages without a response. This officer made telephone contact with Mr. Strode's employer. Per Mr. Strode's employer, they have been friends since 2009. He stated he spoke to Mr. Strode on July 16, 2024, and he was making arrangements for someone to take care of his dog as he was "going to jail." Mr. Strode's employer stated he would call him immediately and have him report to the probation office. Mr. Strode failed to report.

As of the submission of this report, Mr. Strode has failed to report or contact this officer since July 16, 2024. His whereabouts is unknown.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED VIOLATION WITH THE PETITION PENDING BEFORE THE COURT

PS-8
**Re: Strode, Michael Robert**
**July 18, 2024**
**Page 2**

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: July 18, 2024 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

July 18, 2024
Date