✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Strode, Michael Robert | Docket No. | 0980 1:24CR02044-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Michael Robert Strode, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 1st day of July 2024, under the following conditions:

Special Condition #6: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 2, 2024, the conditions of pretrial release supervision were reviewed and signed by Mr. Strode, acknowledging an understanding of his conditions.

Violation #3: Mr. Strode is in violation of his pretrial supervision by failing to attend his substance use disorder appointment at Merit Resource Services (Merit) on July 18, 2024.

On July 18, 2024, this officer was contacted by Mr. Strode's assigned counselor at Merit. She advised Mr. Strode failed to show for his appointment this date for placement into treatment. She further advised he has not contacted her via telephone to cancel or reschedule. Per the counselor, Mr. Strode's file will be closed with their office.

As of the submission of this report, Mr. Strode has failed to report or contact this officer since July 16, 2024. His whereabouts is unknown.

    PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED VIOLATION WITH THE PETITION PENDING BEFORE THE COURT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: July 18, 2024 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8
**Re: Strode, Michael Robert**
**July 18, 2024**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*/s/ Alexander C. Ekstrom*

Signature of Judicial Officer

July 22, 2024

Date