# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Strode, Michael Robert | Docket No. | 0980 1:24CR02044-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Michael Robert Strode, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 1st day of July 2024, under the following conditions:

Standard Condition #8: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 2, 2024, the conditions of pretrial release supervision were reviewed and signed by Mr. Strode, acknowledging an understanding of his conditions.

On July 16, 2024, the Court issued a warrant for Mr. Strode's arrest based on violations noted in three petitions pending before the Court dated July 16, 18, and 22, 2024.

Mr. Strode was arrested on the above-noted warrant on August 23, 2024, and made his initial appearance before Your Honor on that same date. A detention hearing was held on August 26, 2024. Mr. Strode's pretrial supervision was revoked. He is currently pending admission into inpatient treatment.

**Violation #7:** Mr. Strode is in violation of his pretrial supervision by consuming marijuana on or before August 23, 2024.

On August 23, 2024, Mr. Strode made an initial appearance before Your Honor after being arrested on the warrant issued by the Court dated July 16, 2024.

During Mr. Strode's initial appearance and reading of his rights on August 23, 2024, the Court asked if he was under the influence of any controlled substance, in which he responded "no." After Mr. Strode's initial appearance, this officer, accompanied by United States Probation Officer (USPO) Carter, collected a random drug test from Mr. Strode while being held in United States Marshals Service custody. After Mr. Strode submitted to the random drug test, this officer asked if the sample would be negative. Mr. Strode verbally admitted to this officer and USPO Carter the sample would be positive for marijuana. The sample tested presumptive positive for marijuana. The sample was sealed in front of Mr. Strode and sent to Abbott Laboratory for confirmation. Results were received on August 30, 2024, confirming a positive reading for marijuana.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE NOTED VIOLATIONS WITH THE PENDING VIOLATIONS BEFORE THE COURT

**Re: Strode, Michael Robert**
**September 5, 2024**
**Page 2**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: September 5, 2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

September 6, 2024

Date