# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Strode, Michael Robert | Docket No. | 0980 1:24CR02044-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Michael Robert Strode, who was released on pretrial supervision by the Honorable U.S. Magistrate Judge Alex C. Ekstrom, sitting in the Court at Yakima, Washington, on the 1st day of July 2024, under the following conditions:

<u>Standard Condition #8</u>: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 2, 2024, the conditions of pretrial release supervision were reviewed and signed by Mr. Strode, acknowledging an understanding of his conditions.

On April 30, 2025, a warrant was issued by the Court (ECF No. 78) based on methamphetamine use, failing to attend outpatient treatment, failing to report to the probation office or contact his probation officer. The warrant remained active until July 14, 2025.

On July 14, 2025, Mr. Strode appeared for sentencing before The Honorable Mary K. Dimke and was taken into custody on the above-noted warrant.

Mr. Strode has a preliminary and detention hearing set before Your Honor on July 17, 2025.

<u>Violation #6</u>: Mr. Strode is in violation of his pretrial supervision by consuming methamphetamine on, before, or after July 14, 2025.

On July 15, 2025, prior to Mr. Strode's initial appearance before Your Honor, this officer went to the United States Marshal (USM) Service holding area in the federal courthouse in Yakima, Washington, at approximately 9:15 a.m. to collect a random drug test from Mr. Strode. Due to no male United States Probation Officers availability, this officer spoke with USM Deputy Min who agreed to assist with the collection of a random drug test from Mr. Strode. During the conversation Deputy Security Officer (DSO) Nettleton and transport officer Foran were present. This officer opened a new sealed drug test package in front USM Deputy Min, DSO Nettleton, and transport officer Foran, and requested USM Deputy Min hand the drug testing cup to Mr. Strode and ask he submit to a urine sample. Per USM Deputy Min, prior to my arrival, Mr. Strode "swore he had not been using."

Located in the USMS office are television security screens where inmates can be monitored. This officer observed USM Deputy Min walk directly into Mr. Strode's holding cell and hand him the drug testing cup. This officer observed USM Deputy Min take the cup from Mr. Strode and walk directly back into the lobby where this officer was waiting.

Upon receiving the drug testing cup, the temperature read normal and the sample was warm. After approximately 2 minutes the sample reflected a positive reading for methamphetamine. This officer requested to speak with Mr. Strode. Accompanied by USM Deputy Min, this officer went to Mr. Strode's holding cell with the testing cup. This officer attempted to show Mr. Strode the cup so he could visually see the positive result. Mr. Strode stated he did not need to see it. This officer advised

PS-8
Re: Strode, Michael Robert
July 16, 2025
Page 2

the cup was positive for methamphetamine. Mr. Strode stated, "whatever it says is probably right." This officer asked when Mr. Strode last consumed methamphetamine. Mr. Strode stated, "yesterday" (July 14, 2025). This officer then left the holding cell area with the testing cup and completed a drug use admission form. Accompanied by DSO Graham, this officer went back to Mr. Strode's holding cell where he willingly signed the form admitting to the positive drug test results.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PENDING PETITIONS BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2025

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Signature of Judicial Officer_

7/16/2025
Date