FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-02044-MKD-1 |
| Plaintiff, | ORDER GRANTING THE UNITED STATES' MOTION TO WITHDRAW FROM PLEA AGREEMENT |
| vs. | |
| MICHAEL ROBERT STRODE, | |
| Defendant. | **ECF No. 88** |

On August 11, August 18, and August 19, 2025, the Court held a hearing on the United States' Motion to Withdraw from Plea Agreement, ECF No. 88. ECF Nos. 113, 116, 118. Defendant was present in custody and was represented by Attorney Gregory Scott. AUSA Letitia Sikes represented the United States.

The Court has considered the briefing and evidence, has heard from counsel and witnesses, and is fully informed. For the reasons stated on the record, the Court grants the United States' Motion to Withdraw from Plea Agreement.

ORDER - 1

**IT IS ORDERED:**

1.  The United States' Motion to Withdraw from Plea Agreement, **ECF No. 88**, is **GRANTED**.

DATED August 19, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2